UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RAYMOND MACALUSO,**          CASE NO.  4:10cv16-RH/WCS

    **Plaintiff,**

vs.

**WALTER McNEIL, as Secretary of the
DEPARTMENT OF CORRECTIONS,
STATE OF FLORIDA, SAM CULPEPPER,
individually, and JOHN PALMER, individually,**

    **Defendants.**
_____/

## NOTICE REGARDING AVAILABILITY FOR TRIAL

The undersigned hereby gives notice that by Order (Doc. 132) of this date, the trial in the matter styled *Wayne Sapp, etc., et al., v. School Board of Alachua County, Florida,* Case No.: 1:09-cv-242-SPM/GRJ, has been continued, and, therefore, the undersigned will be available for the trial in this matter commencing March 14, 2011.

Dated this 28th day of February, 2011.

    Respectfully submitted,

    */s/Michael P. Spellman*
    **MICHAEL P. SPELLMAN**
    Florida Bar Number: 0937975
    E-mail address: mspellman@sniffenlaw.com
    **JASON C. TAYLOR**
    Florida Bar Number: 0497525
    E-mail address: jtaylor@sniffenlaw.com
    **SNIFFEN & SPELLMAN, P.A.**
    211 East Call Street
    Tallahassee, Florida 32301
    Telephone: (850) 205-1996
    Facsimile: (850) 205-3004

    COUNSEL FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 28TH day of February, 2011, I electronically filed the foregoing, in the United States District Court, Northern District of Florida, Tallahassee Division, by using the CM/ECF system which will send notification of such filing to all persons registered for this case, including Plaintiffs' counsel.

                                              */s/Michael P. Spellman*
                                              **MICHAEL P. SPELLMAN**